UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TCF INVENTORY FINANCE, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEE'S VIDEO, INC., a Washington corporation, and LEE TAYEBI, an individual,<br><br>Defendants. | Case No. C11-69-JPD<br><br>MINUTE ORDER REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff's motion for summary judgment, Dkt. 28, is GRANTED. The trial dates in this matter are vacated. A memorandum setting forth the Court's reasoning will follow.

DATED this 19th day of July, 2011.

William M. McCool
Clerk of the Court

s/ Tim Farrell
Deputy Clerk